**No. 45473.—** **—Protest 999893–G of Wecoline Products Corp.** Abstract 45013. Application by Government denied. C. D. 439 cited.

---

FEBRUARY 19, 1941

**No. 45474.—Suit 4309.—** **—** *Wo Kee & Co. et al.* v. *United States.* C. D. 269 affirmed. C. A. D. 154.

FEBRUARY 24, 1941

**No. 45475.—Suit 4337.—** 
**—** *United States* v. *Seaboard Lumber Sales Co., Ltd.* C. D. 391. Appeal dismissed February 6, 1941; not yet reported.

BEFORE THE FIRST DIVISION, FEBRUARY 27, 1941

**No. 45476.—Protest 994199–G of J. H. Dieckmann, Jr. (New York).**

Opinion by WALKER, J. The pieces of wood in question are 5″ x 8″ x 12′. In *Laurence Phillips Lumber.Co.* v. *United States* (T. D. 49624) the rule was laid down that the term "timber" includes pieces of wood 6″ x 6″ in cross-section but not less than 6″ on any one side, and the court held that timber was not included within the meaning of the term "lumber." From a review of the authorities cited it was held that the term "flitches" was not considered by Congress to be a separate classification apart from either "lumber" or "timber." On the record presented the protest was overruled.

BEFORE THE SECOND DIVISION, FEBRUARY 27, 1941

**No. 45477.—Protest 33590–K of W. E. Sellers (New York).**

Opinion by DALLINGER, J. It appeared that the blanks in question range from ¾″ to 5″ wide on the face but were all of the same diameter, to wit, 2¾″, cylindrical with a hollow center, and used for making duplicates of engraved steel plates. On the record presented the die blanks in question were held dutiable at 20 percent under the *eo nomine* provision therefor in paragraph 304 as claimed.